UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/23/2022_

IN RE APPLICATION OF SAMUEL
TURRETTINI FOR JUDICIAL ASSISTANCE
PURSUANT TO 28 U.S.C. § 1782

17 Misc. 490 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the Court's order granting the requested relief, *see* ECF No. 11, the Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: May 23, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge